UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AGRI COMMODITY TRADE, LLC,

                Plaintiff,

   -against-

COMMERZBANK AG,

                Defendant.
------------------------------------------------------------ X

13 Civ. 2966 (HB)

**NOTICE OF MOTION
TO DISMISS COMPLAINT**

<u>**ECF CASE**</u>

      **PLEASE TAKE NOTICE** that upon the Declaration of Joachim Pausch, dated May 9, 2013, the exhibits attached thereto, and the accompanying memorandum of law, defendant Commerzbank AG will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10017, on a date and time designated by the Court, for an Order and Judgment dismissing the plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other relief the Court deems just and proper.

Dated:   New York, New York
           May 13, 2013

EPSTEIN BECKER & GREEN, P.C.

By: _____
     Kenneth J. Kelly
     David J. Clark
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com
dclark@ebglaw.com
*Attorneys for Defendant Commerzbank AG*

To:   Kieran M. Corcoran, Esq.
      LACKEY HERSHMAN, LLP
      1325 Avenue of the Americas, 28th Floor
      New York, New York 10019
      *Attorneys for Plaintiff Agri Commodity Trade, LLC*

FIRM:23158497v1